IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RANDALL FOSTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:16-cv-00037 |
| ) | |
| SUMNER COUNTY CRIMINAL COURT, ) | Judge Nixon |
| TENNESSEE 18TH DISTRICT, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner Randall Foster's petition for the writ of habeas corpus (ECF No. 1) is before the Court for an initial review pursuant to Rule 4 of the Rules Governing § 2254 Cases. Also pending is the petitioner's application to proceed *in forma pauperis* (ECF No. 2). Because it is apparent from his submission that the petitioner lacks the financial resources to pay the filing fee, the application (ECF No. 2) is **GRANTED**.

Having conducted the required review, the Court finds, as explained in the accompanying Memorandum Opinion, that the petitioner failed to exhaust state-court remedies prior to filing his petition in this Court. The habeas petition is therefore **DENIED** and this matter is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state-court remedies.

Because reasonable jurists would not disagree that the petitioner failed to exhaust, the Court **DENIES** a certificate of appealability. The petitioner, however, may seek a certificate of appealability directly from the Sixth Circuit Court of Appeals. Fed. R. App. P. 22(b)(1).

It is so **ORDERED**.

This is a final order for purposes of Fed. R. Civ. P. 58.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT